JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH BANUELOS;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a foreign corporation qualified to do business in California; QUALITY LOAN SERVICE CORPORATION, a California corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.: 8:20-cv-00671-JLS-KES<br><br>**ORDER REMANDING CASE TO STATE COURT PER STIPULATION**<br><br>[Assigned to the Hon. Josephine L. Staton] |
|---|---|

The Court, having read and considered the Stipulation Requesting the Remand of the Federal Action to the State Court, HEREBY ORDERS this case be remanded to the Superior Court, County of Orange, Case No. 30-2020-01129796-Cu-OR-CJC.

**IT IS SO ORDERED.**

DATED: 06/15/2020

*[signature]*

THE HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1